THE PANAMA CANAL
HEALTH DEPARTMENT
CERTIFICATE OF BIRTH

CH 77914  103

Place of birth: Colon, R. P. — Colon Hospital

JOHN SIDNEY MCCAIN III

Sex: MALE

LEGITIMATE    Date of birth: AUGUST 29, 36

Father: John McCain    Mother: Roberta Wright
Residence: Colon
Color: White    Color: White
Birthplace: USA    Birthplace: USA
Occupation:    Occupation: Housewife

Born alive    6:25 PM

Colon Hospital

AUGUST 30, 36

Live Birth Records
Colon Hospital
Panama Railroad Company

REPUBLICA DE PANAMA
# REGISTRO PUBLICO DE PANAMA
No. 769760

PAG.
// PA

20/May/2008            C E R T I F I C A

CON VISTA A LA SOLICITUD 08 -- 545529

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* QUE LA SOCIEDAD EXTRANJERA: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PANAMA RAILROAD COMPANY (COMPAÑIA DEL FERROCARRIL DE PANAMA)
(MARGINAL DE ADVERTENCIA)

SE ENCUENTRA REGISTRADA LA FICHA S.E.        942 DOC.        42417 DESDE EL
DOS DE NOVIEMBRE DE MIL NOVECIENTOS NOVENTA Y NUEVE .

- QUE SUS DIGNATARIOS SON:
  SECRETARIO                            : DONALD L. LAMB---REPRESENTANTE LEGAL
  PRESIDENTE                            : LE GRANDE N. LAMB
  TESORERO                              : MARK LAMB
  VICE-PRESIDENTE                       : MARK LAMB
  VOCAL                                 : JIM KAY
- QUE LA REPRESENTACION LEGAL LA EJERCERA:
  EL REPRESENTANTE LEGAL LO SERA DONALD LYNN LAMB
  MARGINAL DE ADVERTENCIA SOBRE LOS ASIENTOS 9227/2003 D-521683, ASIENTO
  87333/2003 D-517736, ASIENTO 62565/2003 CON REINGRESO AL ASIENTO 65736/
  2003D-479564,LOS CUALES NO CUMPLIAN CON LOS REQUISITOS DE LEY PARA SU CA
  LIFICACION E INSCRIPCION. ESTA NOTA MARGINAL NO ANULA LA INSCRIPCION
  PERO RESTRINGE LOS DERECHOS DEL DUEÑO DE TAL MANERA, QUE MIENTRAS NO SE
  CANCELE O SE PRACTIQUE,EN SU CASO, LA RECTIFICAFION, NO PODRA HACERSE
  OPERACION ALGUNA POSTERIOR, RELATIVA AL ASIENTO DE QUE SE TRATA. LAS COS
  TANCIAS REGISTRALES ADVIERTEN QUE EL ASIENTO 87333/2003 NO EXISTE ERROR
  EN SU INSCRIPCION,SUS EFECTOS JURIDICOS SE AFECTAN POR EL ASIENTO62565.

EXPEDIDO Y FIRMADO EN LA PROVINCIA DE PANAMA , EL VEINTE DE MAYO
DEL DOS MIL OCHO  A LAS 05:06:17,P.M.

NOTA:   ESTA CERTIFICACION PAGO DERECHOS
        POR UN VALOR DE B/.      30.00
        COMPROBANTE NO. 08 -   545529

        NO. CERTIFICADO: S. EXTRANJERA   - 000585           LUIS E. CHEN
        FECHA: Martes 20. Mayo DE 2008                      CERTIFICADOR
// PAMO          //



Yo, Carlos Strah Castrellón, Notario Publico Décima
del Circuito de Panamá con Cedula No. 8-147-802
                 CERTIFICA
Que ha cotejado detenida y minuciosamente esta copia
fotostatica con su original y la ha encontrado en un todo
conforme

Panamá, ___ 2 7 MAY 2008

Carlos Strah Castrellón
Notario Publico Decimo



## AFFIDAVIT OF DONALD LYNN LAMB

I am Donald Lynn Lamb, a naturalizad Panamanian Citizen, male, single, with Panamanian Identification Number

### N-19-41Z.

I do hereby attest that I am at present the Legal Representative of the private New York Company called the:

### PANAMA RAILROAD COMPANY.

Registered in the Panama Public Registry in Ficha S.E. 942, Document 42417 in conformity with Certificado Number 769760 dated May 20, 2008.

I attest that we have recorded in the Live Birth Records of the Panama Railroad Company the following Live Birth.

### "THE PANAMA CANAL"
### HEALTH DEPARTMENT
### CERTIFICATE OF LIVE BIRTH

Born in the City of Colon, Republic of Panama,

### JOHN SIDNEY MCCAIN III

Male

| | |
|---|---|
| Legitimate | August 29, 1936 |
| Father - John McCain | Mother – Roberta Wright |
| Residence: Colon | Residence: Colon |
| Color – White | Color - White |
| Occupation: US Military | Occupation: Housewife |

## CERTIFICATE OF ATTENDING PHYSICIAN

Born alive at 6:25 PM

Signature                R.F. Annis, Physician

                         August 29, 1936


Signed                   John Wallace

                         Superintendent


Further, your affiant sayeth naught.

DONALD LYNN LAMB


ro, Carlos Strah Castrellon, Notario Público Décimo del Circuito de Panamá con Cédula N° 8-147-802

CERTIFICO:

Que la(s) firma(s) anterior(es) ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente dicha(s) firma(s) es(son) autentica(s).

Panamá _____ 06 JUN 2008

TESTIGO                        TESTIGO

Carlos Strah Castrellon
Notario Público Décimo